IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NSPIRE SPORTS LEAGUE, LLC and<br>TIMOTHY LEE THOMPSON,<br><br>      Plaintiffs,<br><br>VS.<br><br>NATIONAL PHYSIQUE COMMITTEE<br>OF THE USA, INC. and JAMES B. MANION,<br><br>      Defendants. | CIVIL ACTION No. 16-103<br><br>JURY TRIAL DEMANDED |

**PROOF OF SERVICE**

Date: February 24, 2016

      */s/ Roy W. Arnold*
      Roy W. Arnold
      Pa. I.D. No. 70544
      rarnold@reedsmith.com
      REED SMITH LLP
      225 Fifth Avenue, Suite 1200
      Pittsburgh, Pennsylvania 15222
      Telephone: 412.288.3916

      Of Counsel:

      Richard D. Anigian (to be admitted *pro hac vice*)
      Texas State Bar No. 01264700
      rick.anigian@haynesboone.com

      Nick Nelson (to be admitted *pro hac vice*)
      Texas State Bar No. 24074804
      nick.nelson@haynesboone.com

      HAYNES AND BOONE, LLP
      2323 Victory Avenue, Suite 700
      Dallas, Texas 75219
      Telephone: 214.651.5000
      Telecopier: 214.651.5940

      **ATTORNEYS FOR PLAINTIFFS NSPIRE SPORTS LEAGUE, LLC AND TIMOTHY LEE THOMPSON**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Physique Committee of the USA, Inc.
was received by me on *(date)* 2-9-2016.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Therese Proviano, Office Manager, who is
designated by law to accept service of process on behalf of *(name of organization)* National Physique
Committee of the USA, Inc. on *(date)* 2-9-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-9-2016

Server's signature

Robert D. Stauffer, Jr  Process Server
Printed name and title

514 Springdale Drive, Pittsburgh, PA 15235-1810
Server's address

Additional information regarding attempted service, etc: